UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-255

Name of party you are representing: The Allstate Corporation, Allstate Insuran

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons:

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 10/28/09   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: J. Wesley Hill
State Bar No.: 24032294
Firm Name: Ireland, Carroll & Kelley, P.C.
Address: 6101 S. Broadway, Suite 500
Tyler, Texas 75703

Phone: (903) 561-1600
Fax: (903) 581-1071
Email: wesleyhill@icklaw.com

A certificate of conference does not need to be filed with this unopposed application.