**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C., AND LPL LICENSING, L.L.C., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 2:09-CV-255-TJW |
| ALLSTATE CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION, AND NYLIFE INSURANCE COMPANY OF ARIZONA**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and NYLIFE Insurance Company of Arizona make the following disclosures:

1. Defendant New York Life Insurance Company has no parent company and no publicly held corporation owns 10% or more of its stock.

2. Defendant New York Life Insurance and Annuity Corporation is a wholly owned subsidiary of New York Life Insurance Company and no other corporation or person owns 10% or more of its stock.

3. Defendant NYLIFE Insurance Company of Arizona is a wholly owned subsidiary of New York Life Insurance Company and no other corporation or person owns 10% or more of its stock.

4. No other publicly held corporation owns 10% or more of the stock of Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and NYLIFE Insurance Company of Arizona.

Dated: September 15, 2009

Respectfully submitted,

/s/ *Samuel J. Najim*
Samuel J. Najim
Email: snajim@jonesday.com
J. Jason Williams
Email: jjwilliams@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:   (404) 521-3939
Facsimile:    (404) 581-8330

David M. Maiorana
Email: dmaiorana@jonesday.com
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, OH  44114-1190
Telephone:   (216) 586-3939
Facsimile:    (216) 579-0212

Jose L. Patiño
Email:  jlpatino@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130-4096
Telephone:   (858) 314-1200
Facsimile:    (858) 314-1150

ATTORNEYS FOR DEFENDANTS
NEW YORK LIFE INSURANCE
COMPANY, NEW YORK LIFE
INSURANCE AND ANNUITY
CORPORATION, AND NYLIFE
INSURANCE COMPANY OF ARIZONA

## **CERTIFICATE OF SERVICE**

   I hereby certify that on all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 15th day of September.

                        /s/ *Samuel J. Najim*