# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C., AND<br>LPL LICENSING, L.L.C, | § § § | |
| Plaintiffs, | § § | Civil Action No. 2:09-CV-255-TJW |
| v. | § § | |
| ALLSTATE CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
THE HARTFORD FINANCIAL SERVICES GROUP, HARTFORD LIFE, HARTFORD
FIRE INSURANCE COMPANY, HARTFORD FIRE GENERAL AGENCY, TWIN CITY
FIRE INSURANCE, HARTFORD LIFE INSURANCE COMPANY,
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AND
<u>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY</u>**

In accordance with Federal Rule of Civil Procedure 7.1, Defendants The Hartford Financial Services Group, Inc., Hartford Life, Inc., Hartford Fire Insurance Company, Hartford Fire General Agency, Inc., Twin City Fire Insurance Company, Hartford Life Insurance Company, Hartford Life and Accident Insurance Company, and Hartford Life and Annuity Insurance Company, by and through their undersigned counsel, make the following disclosures:

1. Defendant The Hartford Financial Services Group, Inc. has no parent company and no publicly held corporation owns 10% or more of its stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

2. Defendant Hartford Life, Inc. is a wholly owned subsidiary of The Hartford Financial Services Group, Inc. (through its subsidiary Hartford Holdings, Inc.) and no other corporation or person owns 10% or more of its stock.

3. Defendant Hartford Fire Insurance Company is a wholly owned subsidiary of The Hartford Financial Services Group, Inc. and no other corporation or person owns 10% or more of its stock.

4. Defendant Hartford Fire General Agency, Inc. is a wholly owned subsidiary of Hartford Fire Insurance Company and no other corporation or person owns 10% or more of its stock.

5. Defendant Twin City Fire Insurance Company is a wholly owned subsidiary of Hartford Fire Insurance Company and no other corporation or person owns 10% or more of its stock.

6. Defendant Hartford Life Insurance Company is a wholly owned subsidiary of Hartford Life and Accident Insurance Company and no other corporation or person owns 10% or more of its stock.

7. Defendant Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford Life, Inc. and no other corporation or person owns 10% or more of its stock.

8. Defendant Hartford Life and Annuity Insurance Company is a wholly owned subsidiary of Hartford Life Insurance Company and no other corporation or person owns 10% or more of its stock.

September 16, 2009  Respectfully submitted,

By: */s/ Michael E. Jones*

Michael E. Jones
Texas State Bar No. 10929400
*mikejones@potterminton.com*
POTTER MINTON, P.C.
110 N. College
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendants The Hartford Financial Services Group, Inc., Hartford Life, Inc., Hartford Fire Insurance Company, Hartford Fire General Agency, Inc., Twin City Fire Insurance Company, Hartford Life Insurance Company, Hartford Life and Accident Insurance Company, and Hartford Life and Annuity Insurance Company*

OF COUNSEL:
BAKER BOTTS L.L.P.
Joseph R. Knight
Texas State Bar No. 11601275
*joe.knight@bakerbotts.com*
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701-4078
Telephone:   (512) 322-2554
Fax:              (512) 322-8322

Robert C. Scheinfeld (application *pro hac vice* to be filed)
*robert.scheinfeld@bakerbotts.com*
Robert L. Maier (application *pro hac vice* to be filed)
*robert.maier@bakerbotts.com*
30 Rockefeller Plaza, 44th Floor
New York, New York  10012-4498
Telephone:   (212) 408-2500
Facsimile:    (212) 408-2501

# CERTIFICATE OF SERVICE

   I hereby certify that on all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 16th day of September, 2009.

                  */s/ Michael E. Jones*
                  Michael E. Jones