**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PHOENIX LICENINGS, L.L.C, and | § | |
| LPL LICENSING, L.L.C. | § | |
| | § | |
| VS. | § | Civil Action No. 2:09-CV-255 |
| | § | |
| ALLSTATE CORPORATION, ET AL | § | JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE RESPOND**

Before the Court is Defendants', The Allstate Corporation, Allstate Insurance Company, Allstate Life Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company and Allstate Indemnity Company (the "Allstate Defendants"), unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiffs' Original Complaint for Patent Infringement in the above-referenced cause until November 27, 2009. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, the Allstate Defendants shall have until and including November 27, 2009, to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement.

SIGNED this 22ndday of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE