**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Phoenix Licensing, L.L.C., an Arizona limited liability company, and LPL Licensing, L.L.C., a Delaware limited liability company; | |
| Plaintiffs, | CASE NO. 2:09-cv-255 **Jury Trial Demanded** |
| vs. | |
| Allstate Corporation, a Delaware corporation; Allstate Insurance Company, an Illinois corporation; Allstate Life Insurance Company, an Illinois corporation; Allstate Fire and Casualty Insurance Company, an Illinois corporation; Allstate Property and Casualty Insurance Company, an Illinois corporation; Allstate Indemnity Company, an Illinois corporation; Prudential Financial, Inc., a New Jersey corporation; Prudential Insurance Company of America, a New Jersey corporation; Pruco Life Insurance Company, an Arizona corporation; Pruco Life Insurance Company of New Jersey, a New Jersey corporation; Barclays PLC, a United Kingdom public limited company; Barclays Bank PLC, a United Kingdom public limited company; Barclays Bank Delaware, f/k/a Juniper Financial Management, Inc., a Delaware corporation; New York Life Insurance Company, a New York corporation; New York Life Insurance and Annuity Corporation, a Delaware corporation; NYLIFE Insurance Company of Arizona, an Arizona corporation; PNC Financial Services Group, Inc., a Pennsylvania corporation; PNC Bank, National Association, a national banking association; PNC Bank, Delaware, a national banking subsidiary; National City Bank, a national banking subsidiary; Hartford Financial Services Group, Inc., a Delaware corporation; Hartford Life, Inc., a Delaware corporation; Hartford Fire Insurance Company, a Connecticut corporation; Hartford Fire General Agency, Inc., a Texas corporation; Twin City Fire Insurance Company, an Indiana corporation; Hartford Life Insurance | |

Company, a Connecticut corporation; Hartford
Life and Accident Insurance Company, a
Connecticut corporation; Hartford Life and
Annuity Insurance Company, a Connecticut
corporation; Royal Bank of Scotland Group, PLC,
a United Kingdom public limited company;
Citizens Financial Group, Inc., a Delaware
corporation; RBS Citizens, N.A., a national
association; Citizens Bank of Pennsylvania, a
Pennsylvania corporation; KeyCorp, an Ohio
corporation; KeyBank National Association, a
national association; KeyCorp Insurance Agency
USA, Inc., a Washington corporation; Key
Investment Services LLC, an Ohio limited liability
company; Bank of America Corporation, a
Delaware corporation; Bank of America, N.A., a
national banking association; and
FIA Card Services, N.A., a national banking
association.

                    Defendants.

## **ORDER**

Came on for consideration the Agreed Motion for Extension of Time to Answer or

Otherwise Respond to the Complaint filed by Plaintiffs Phoenix Licensing, L.L.C. and LPL

Licensing, L.L.C., and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time to

Answer or Otherwise Respond to the Complaint is GRANTED and the deadline for Defendants

Hartford Financial Services Group, Inc., Hartford Fire General Agency, Inc., Hartford Fire

Insurance Company, Hartford Life and Accident Insurance Company, Hartford Life and Annuity

Insurance Company, Hartford Life Insurance Company, Hartford Life, Inc., and Twin City Fire

Insurance Company to answer or otherwise respond to the Complaint is extended up to and

including December 14, 2009.