IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Phoenix Licensing, L.L.C., an Arizona limited liability company, and LPL Licensing, L.L.C., a Delaware limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>Allstate Corporation, a Delaware corporation; Allstate Insurance Company, an Illinois corporation; Allstate Life Insurance Company, an Illinois corporation; Allstate Fire and Casualty Insurance Company, an Illinois corporation; Allstate Property and Casualty Insurance Company, an Illinois corporation; Allstate Indemnity Company, an Illinois corporation; Prudential Financial, Inc., a New Jersey corporation; Prudential Insurance Company of America, a New Jersey corporation; Pruco Life Insurance Company, an Arizona corporation; Pruco Life Insurance Company of New Jersey, a New Jersey corporation; Barclays PLC, a United Kingdom public limited company; Barclays Bank PLC, a United Kingdom public limited company; Barclays Bank Delaware, f/k/a Juniper Financial Management, Inc., a Delaware corporation; New York Life Insurance Company, a New York corporation; New York Life Insurance and Annuity Corporation, a Delaware corporation; NYLIFE Insurance Company of Arizona, an Arizona corporation; PNC Financial Services Group, Inc., a Pennsylvania corporation; PNC Bank, National Association, a national banking association; PNC Bank, Delaware, a national banking subsidiary; National City Bank, a national banking subsidiary; Hartford Financial Services Group, Inc., a Delaware corporation; Hartford Life, Inc., a Delaware corporation; Hartford Fire Insurance Company, a Connecticut corporation; Hartford Fire General Agency, Inc., a Texas corporation; Twin City Fire Insurance Company, an Indiana corporation; Hartford Life Insurance | Civil Action No. 2:09-cv-255 (TJW)<br><br>**Jury Trial Demanded** |

| |
|---|
| Company, a Connecticut corporation; Hartford Life and Accident Insurance Company, a Connecticut corporation; Hartford Life and Annuity Insurance Company, a Connecticut corporation; Royal Bank of Scotland Group, PLC, a United Kingdom public limited company; Citizens Financial Group, Inc., a Delaware corporation; RBS Citizens, N.A., a national association; Citizens Bank of Pennsylvania, a Pennsylvania corporation; KeyCorp, an Ohio corporation; KeyBank National Association, a national association; KeyCorp Insurance Agency USA, Inc., a Washington corporation; Key Investment Services LLC, an Ohio limited liability company; Bank of America Corporation, a Delaware corporation; Bank of America, N.A., a national banking association; and FIA Card Services, N.A., a national banking association.<br><br>          Defendants. |

## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO BARCLAYS MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

      Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. file this Agreed Motion for Extension of Time for Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. to respond to Barclay's Motion to Dismiss and would respectfully show the Court as follows:

      Defendants Barclays Bank PLC and Barclays Bank Delaware (collectively, "Barclays") have filed a motion to dismiss.

      Plaintiffs have requested, and Barclays has agreed to, a two week extension for Plaintiffs to respond to Barclays Motion to Dismiss up to and including November 19, 2009.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. respectfully moves the Court to extend the deadline as set forth above and award such other and further relief as it may show itself justly entitled.

Date: October 30, 2009				Respectfully Submitted,

					By:	/s/ Elizabeth L. DeRieux
						S. Calvin Capshaw, III
						State Bar No. 03783900
						Elizabeth L. DeRieux
						State Bar No. 05770585
						D. Jeffrey Rambin
						State Bar No. 00791478
						Capshaw DeRieux, LLP
						1127 Judson Road, Suite 220
						Longview, Texas 75601
						(903) 236-9800 Telephone
						(903) 236-8787 Facsimile
						E-mail: ccapshaw@capshawlaw.com
						E-mail: ederieux@capshawlaw.com
						E-mail: jrambin@capshawlaw.com

						Gregory Scott Dovel
						CA State Bar No. 135387
						Sean A. Luner
						CA State Bar No. 165443
						Dovel & Luner, LLP
						201 Santa Monica Blvd., Suite 600
						Santa Monica, CA 90401
						Telephone: (310) 656-7066
						Facsimile: (310) 656-7069
						E-mail: greg@dovellaw.com
						E-mail: sean@dovellaw.com

						**ATTORNEYS FOR PLAINTIFFS PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C**.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Elizabeth L. DeRieux