UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

_____
**PHOEHIX LICENSING, L.L.C.** and )
**LPL LICENSING, L.L.C.**, )
)
      **Plaintiffs,** ) Civil Action No. 2:09-cv-255-TJW
)
v. )
) Jury Trial Demanded
**THE ALLSTATE CORPORATION et al.,** )
)
      **Defendants.** )
_____)

## JOINT MOTION TO DISMISS THE ALLSTATE CORPORATION WITHOUT PREJUDICE

Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendant The Allstate Corporation jointly move pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order dismissing all claims between them in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 24, 2009

                                                  Respectfully submitted,

By: /s/ Sean Luner (by permission Patrick Kelley)_____
Sean A. Luner
CA State Bar No. 165443
Gregory Scott Dovel
CA State Bar No. 135387
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066

By: /s/ Patrick Kelley_____
Patrick Kelley (State Bar No. 11202500)
Otis Carroll (State Bar No. 03895700)
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
*fedserv@icklaw.com*

2

| | |
|---|---|
| Facsimile: (310) 656-7069<br>E-mail: sean@dovellaw.com<br>E-mail: greg@dovellaw.com<br><br>S. Calvin Capshaw, III<br>State Bar No. 03783900<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>D. Jeffrey Rambin<br>State Bar No. 00791478<br>Capshaw DeRieux, LLP<br>1127 Judson Road, Suite 220<br>Longview, Texas 75601<br>(903) 236-9800 Telephone<br>(903) 236-8787 Facsimile<br>E-mail: ccapshaw@capshawlaw.com<br>E-mail: ederieux@capshawlaw.com<br>E-mail: jrambin@capshawlaw.com<br><br>ATTORNEYS FOR PLAINTIFFS<br>PHOENIX LICENSING, L.L.C. and<br>LPL LICENSING, L.L.C. | Christopher J. Renk<br>Joseph J. Berghammer<br>Binal J. Patel<br>Michael L. Krashin<br>BANNER & WITCOFF, LTD.<br>10 S. Wacker Drive – Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br>*crenk@bannerwitcoff.com*<br>*jberghammer@bannerwitcoff.com*<br>*bpatel@bannerwitcoff.com*<br>*mkrashin@bannerwitcoff.com*<br><br>**Attorneys for Defendant**<br>**The Allstate Corporation** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing JOINT MOTION TO DISMISS THE ALLSTATE CORPORATION WITHOUT PREJUDICE was served on all counsel of record via electronic delivery this 24th day of November, 2009.

/s/ Patrick Kelley