IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE CORPORATION et al., <br><br> Defendants. | CASE NO. 2:09-cv-255 <br><br> **Jury Trial Demanded** |

## ORDER

Came on for consideration the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Dkt. No. 141) filed by Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C., and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint is GRANTED and the deadline for Defendants Hartford Financial Services Group, Inc., Hartford Fire General Agency, Inc., Hartford Fire Insurance Company, Hartford Life and Accident Insurance Company, Hartford Life and Annuity Insurance Company, Hartford Life Insurance Company, Hartford Life, Inc., and Twin City Fire Insurance Company to answer or otherwise respond to the Complaint is extended up to and including February 12, 2010.

SIGNED this 19th day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE