IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., and LPL LICENSING, L.L.C.;<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALLSTATE CORPORATION, *et al*,<br><br>Defendants. | § § § § § § § § § § § § | Case No. 2:09-cv-255-TJW<br><br>**Jury Trial Demanded** |

## AGREED MOTION TO DISMISS BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., AND FIA CARD SERVICES, N.A.

NOW COME the Plaintiffs Phoenix Licensing L.L.C. and LPL Licensing L.L.C. (collectively "LPL") and Defendants Bank of America Corporation, Bank of America, N.A. and FIA Card Services, N.A. (collectively "Bank of America") and respectfully move the Court to dismiss this cause of action between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between LPL and Bank of America have been settled and compromised, and these parties therefore jointly move to dismiss all causes of action asserted or which could have been asserted in this suit, with prejudice to the right to pursue any such claims in the future. These parties further move that all costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice between them, with all costs of court being assessed against the party who incurred them.

Dated:  February 8, 2010              Respectfully submitted,

        By:  /s/ Elizabeth L. DeRieux
            S. Calvin Capshaw
            State Bar No. 03783900
            Elizabeth L. DeRieux
            State Bar No. 05770585
            CAPSHAW DERIEUX, L.L.P.
            1127 Judson Road, Suite 220
            Longview, Texas 75601
            Telephone:  (903) 236-9800
            Facsimile:  (903) 236-8787
            E-mail:  ccapshaw@capshawlaw.com
            E-mail:  ederieux@capshawlaw.com

            Sean A. Luner
            CA State Bar No. 165443
            Gregory S. Dovel
            CA State Bar No. 135387
            DOVEL & LUNER, LLP
            201 Santa Monica Blvd., Suite 600
            Santa Monica, CA 90401
            Telephone:  (310) 656-7066
            Facsimile:  (310) 657-7069
            E-mail:  sean@dovellaw.com
            E-mail:  greg@dovellaw.com

            **ATTORNEYS FOR PLAINTIFFS,
            PHOENIX LICENSING, L.LC. and
            LPL LICENSING, L.L.C.**


        By:  /s/ Gary J. Fischman ***by permission ELD***
            Gary J. Fischman
            State Bar No. 00787469
            Howrey L.L.P.
            1111 Louisiana, 25th Floor
            Houston, Texas 77002-5242
            Telephone:  (713) 787-1437
            Facsimile: (713) 787-1440
            E-mail: fischmang@howrey.com

            **ATTORNEY FOR DEFENDANTS
            BANK OF AMERICA CORP., BANK
            OF AMERICA, N.A.,
            and FIA CARD SERVICES, N.A.**

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of February 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

     /s/ Elizabeth L. DeRieux