IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., and LPL LICENSING, L.L.C.;<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALLSTATE CORPORATION, *et al*,<br><br>Defendants. | §<br>§<br>§ Case No. 2:09-cv-255-TJW<br>§<br>§ **Jury Trial Demanded**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL
## AS TO BANK OF AMERICA CORPORATION, BANK OF
## AMERICA, N.A. and FIA CARD SERVICES, N.A. WITH PREJUDICE

On this date, the Court considered the Agreed Motion to Dismiss Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A. After considering the motion, the Court is of the opinion that it has merit and should be granted.

Accordingly, it is hereby ORDERED that all claims asserted in this suit between Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A. are hereby dismissed with prejudice. It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this 9th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE