UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

_____
                                                            )
**PHOENIX LICENSING, L.L.C. and**      )
**LPL LICENSING, L.L.C.,**                       )
                                                            )
       **Plaintiffs,**                                 )   Civil Action No. 2:09-cv-255-TJW
                                                            )
**v.**                                                       )
                                                            )   **Jury Trial Demanded**
**THE ALLSTATE CORPORATION et al.,**  )
                                                            )
       **Defendants.**                               )
_____)


**ALLSTATE'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

      Defendants, Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Life Insurance Company (collectively, "Allstate") respectfully move the Court to extend the deadline for them to answer or otherwise respond to Plaintiffs' First Amended Complaint (Dkt. 157) from June 15, 2010 to July 15, 2010.  Plaintiffs are unopposed to this requested extension.  A Proposed Order extending the deadline is submitted herewith.


Dated: June 11, 2010           Respectfully submitted,


                                          By: /s/ Michael L. Krashin
                                          Patrick Kelley (State Bar No. 11202500)
                                          Otis Carroll (State Bar No. 03895700)
                                          IRELAND, CARROLL & KELLEY, P.C.
                                          6101 South Broadway, Suite 500
                                          Tyler, Texas 75703

       Telephone:  (903) 561-1600
       Facsimile:   (903) 581-1071
       *fedserv@icklaw.com*

       Christopher J. Renk
       Joseph J. Berghammer
       Binal J. Patel
       Michael L. Krashin
       BANNER & WITCOFF, LTD.
       10 S. Wacker Drive – Suite 3000
       Chicago, Illinois  60606
       Telephone:  (312) 463-5000
       Facsimile:   (312) 463-5001
       *crenk@bannerwitcoff.com*
       *jberghammer@bannerwitcoff.com*
       *bpatel@bannerwitcoff.com*
       *mkrashin@bannerwitcoff.com*

       **Attorneys for Defendants**
       **Allstate Insurance Company,**
       **Allstate Indemnity Company,**
       **Allstate Fire and Casualty Insurance Company,**
       **Allstate Property and Casualty Insurance Company,**
       **and Allstate Life Insurance Company**

## CERTIFICATE OF CONFERENCE

Counsel for Allstate, Binal Patel, conferred telephonically with counsel for Plaintiffs, Sean Luner, on June 10, 2010.  Mr. Luner stated that Plaintiffs are unopposed to the requested extension.

       /s/ Binal J. Patel

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on June 11, 2010.

       /s/ Michael L. Krashin