**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C., et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 2:09-CV-255-TJW |
| ALLSTATE CORPORATION, et al., | § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

Defendants KeyCorp, KeyBank National Association, KeyCorp Insurance Agency USA, Inc., and Key Investment Services LLC (collectively, "the KeyCorp Defendants") move the Court for an order extending the time for them to plead, move or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement in the above styled and numbered case for thirty (30) days to July 15, 2010. Counsel for the KeyCorp Defendants has conferred with Plaintiffs' counsel, who stated that Plaintiffs are unopposed to this extension.

WHEREFORE, PREMISES CONSIDERED, the KeyCorp Defendants pray that the Court enter an order extending the time for them to plead, move or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement in the above styled and numbered case for thirty (30) days to July 15, 2010, and for such other and further relief as to which they may show themselves justly entitled.

Dated: June 15, 2010 Respectfully submitted,

/s/ *Samuel J. Najim*
Samuel J. Najim
Email: snajim@jonesday.com
Olivia E. Marbutt
Email: oemarbutt@jonesday.com
J. Jason Williams
Email: jjwilliams@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

David M. Maiorana
Email: dmaiorana@jonesday.com
Sasha Markovic
(*pro hac vice*)
Email: smarkovic@jonesday.com
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Jose L. Patiño
Email: jlpatino@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096
Telephone: (858) 314-1200
Facsimile: (858) 314-1150

ATTORNEYS FOR DEFENDANTS
KEYCORP, KEYBANK NATIONAL
ASSOCIATION, KEYCORP INSURANCE
AGENCY USA, INC., AND KEY
INVESTMENT SERVICES LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 15th day of June, 2010.

                                            /s/ *Samuel J. Najim*